UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VIVIAN L. THOMPSON,

       Plaintiff-Appellant,

v.

UNITED STATES GOVERNMENT,

       Defendant-Appellee.

Case No. 3:15-cv-286

Judge Thomas M. Rose

___

**ENTRY AND ORDER DISMISSING APPEAL FROM BANKRUPTCY COURT**
___

      This matter is before the Court on Plaintiff-Appellant Vivian Louise Thompson's Notice of Appeal (Doc. 1) from the Order Denying Motion for Reconsideration entered by the United States Bankruptcy Court for the Southern District of Ohio, Western Division.   On January 28, 2016, the Court ordered Thompson to pay the appeal filing fee and file her Appellant Brief by no later than February 10, 2016, or else her appeal may be dismissed for failure to prosecute.  (Doc. 6.)   The February 10, 2016 deadline has passed and Thompson still has not paid the appeal filing fee or filed her Appellant Brief.   Nor has the Court received any other correspondence from Thompson.

      **WHEREFORE**, Thompson's Notice of Appeal (Doc. 1) is hereby **DISMISSED** for failure to prosecute.   This case is **TERMINATED** on the docket of this Court.

      **DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 16, 2016.

                                                    s/Thomas M. Rose

                                                    THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE